August 23, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

**MARK DYER AND LEIGH ANN DYER, Appellants**

NO. 14-16-00472-CV                      V.

**SALMAN TARIQ, Appellee**

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 6, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Mark Dyer and Leigh Ann Dyer.

We further order this decision certified below for observance.